*shear,* 10 N.C. App. 237, 178 S.E. 2d 105 (1970); *State v. Garnett,* 4 N.C. App. 367, 167 S.E. 2d 63 (1969); *State v. Perry,* 3 N.C. App. 356, 164 S.E. 2d 629 (1968).

Except as herein modified, the decision of the Court of Appeals is affirmed.

Modified and affirmed.

———————

BILLY MATTHEWS, JACK MATTHEWS, LEONARD MATTHEWS, JOSE-
PHINE BRIDGERS, ELIZABETH BRADLEY, BARTHOLOMEW KIMBALL,
MARGARET JONES FOUNTAIN, HUGH SHERROD, ROM SHERROD,
NELL ANDERSON, DAPHNE LILES, MILDRED RODGERS, AND ELIZ-
ABETH MARSHBURN, PETITIONERS v. WILLIAM T. WATKINS, EXECUTOR
OF THE ESTATE OF ANNIE MAE S. DAVIS, RESPONDENT

No. 559A88

(Filed 8 June 1989)

APPEAL by petitioners pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 91 N.C. App. 640, 373 S.E. 2d 133 (1988), affirming an order of *Judge Robert H. Hobgood,* entered 2 July 1987 in the Superior Court, GRANVILLE County, which denied petitioners' petition to revoke certain Letters Testamentary previously issued to respondent. Heard in the Supreme Court 11 May 1989.

*Parker and Parker, by Rom B. Parker, Jr., for petitioner appellants.*

*Adams, McCullough & Beard, by J. Allen Adams and Heman R. Clark, for respondent appellee.*

PER CURIAM.

For the reasons stated in the opinion of Judge Parker and the concurring opinion of Judge Wells, the decision of the Court of Appeals is

Affirmed.